# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**v.**                      **CASE NO. 2:20-CR-00017-BSM**

**TIMOTHY COFFELL**                                                   **DEFENDANT**

## ORDER

The government's motion to dismiss the information [Doc. No. 2] filed against defendant Timothy Coffell is granted. Pursuant to Federal Rule of Criminal Procedure 48(a), the information against Coffell is dismissed without prejudice.

IT IS SO ORDERED, this 16th day of March, 2021.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE